Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          dawniell.zavala@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DAMIEN HEGR,<br><br>Defendant. | CASE NO. 1:08-CV-00588-AWI-DLB<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO SERVE DEFENDANT** |

1

Proposed Order Granting Ex Parte Application To Continue Case Management Conference
Case No. 1:08-cv-00588-AWI-DLB
#39154 v1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for August 12, 2008, at 8:45 a.m., be continued to November 10, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to October 27, 2008.

Dated:  12 August 2008    \_\_/s/ *Dennis L. Beck*_____
                                                Honorable Dennis L. Beck
                                                United States Magistrate Judge

1

Proposed Order Granting Ex Parte Application To Continue Case Management Conference
Case No. 1:08-cv-00588-AWI-DLB
#39154 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
Case No. 1:08-cv-00588-AWI-DLB
#39154 v1