Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:       dawniell.zavala@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DAMIEN HEGR,<br><br>Defendant. | CASE NO. 1:08-CV-00588-AWI-DLB<br><br>Honorable Anthony W. Ishii<br><br>Honorable Dennis L. Beck<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING AS TO PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DAMIEN HEGR** |

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the hearing as to Plaintiffs' Motion for Entry of Default Judgment currently set for November 21, 2008, at 9:00 a.m., be continued to January 9, 2009.

Dated:  November 14, 2008          By:          /s/ Dennis L. Beck
                                                              Honorable Dennis L. Beck
                                                              United States Magistrate Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On November 14, 2008, I served the foregoing documents described as:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING AS TO PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DAMIEN HEGR**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

>Damien Hegr
>27421 Raymond Thomas Place
>Madera, CA  93637

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 14, 2008 at San Francisco, California.

*/s/ Della Grant*
Della Grant