# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAMIEN HEGR,<br><br>　　　　　　　　Defendant. | 1:08cv0588 AWI DLB<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATION<br><br>(Document 27) |

　　　Plaintiffs Warner Bros. Records Inc., Sony BMG Music Entertainment, Arista Records LLC, Interscope Records, UMG Recordings, Inc., and Virgin Records America, Inc. ("Plaintiffs") filed the instant action for copyright infringement on April 29, 2008.  On January 14, 2009, the Court issued Findings and Recommendation that Plaintiffs' motion for default judgment be granted.  This Findings and Recommendation was served on all parties appearing in the action and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The January 14, 2009, Findings and Recommendation is ADOPTED IN FULL;

2. Plaintiffs' motion for default judgment in favor of Plaintiffs and against Defendant Damien Hegr is GRANTED;

3. Plaintiffs are AWARDED statutory damages in the amount of $6,750.00, which represents the statutory minimum of $750.00 for each of the nine alleged infringements. 17 U.S.C. § 504(a);

4. Plaintiffs are GRANTED the following permanent injunction pursuant to 17 U.S.C. § 502:

   Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody or control.

5. Plaintiffs are AWARDED costs in the amount of $420.00 pursuant to 17 U.S.C. § 505.

IT IS SO ORDERED.

**Dated:   March 2, 2009**                       **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE